IN RE CROW.

No. 767. Decided March 30, 1964.

Appellant *pro se*.

*William B. Saxbe*, Attorney General of Ohio, for the Supreme Court of Ohio, in opposition.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

PORT OF BROOKINGS ET AL. *v*. UNITED STATES ET AL.

No. 771. Decided March 30, 1964.

*Lloyd Hammel*, Assistant Attorney General of Oregon, and *Sidney Teiser* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane, H. Neil Garson* and *Betty Jo Christian* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.